**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KELVIN PARKER** **PLAINTIFF**

**v.** **No. 4:26-cv-612-DPM**

**PULASKI COUNTY, ARKANSAS, a county and political subdivision of the State of Arkansas; DEPUTY NICHOLAS LACHER, in his individual capacity; DESHUN WILLIAMSON; LATESHA ADAMS; BRADLYN CURRUTH; and JOHN DOE DEPUTY, in his individual capacity** **DEFENDANTS**

## ORDER

Joint stipulation, *Doc. 8*, appreciated. Parker and Pulaski County have resolved all claims against all parties. Congratulations. The Court will enter judgment and retain jurisdiction for a time to enforce the settlement. All pending motions, *Doc. 5 & 7*, are denied without prejudice as moot.

So Ordered.

D.P. Marshall Jr.
United States District Judge

14 October 2026