**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KELVIN PARKER** **PLAINTIFF**

**v.** **No. 4:26-cv-612-DPM**

**PULASKI COUNTY, ARKANSAS,**
**a county and political subdivision**
**of the State of Arkansas;**
**DEPUTY NICHOLAS LACHER,**
**in his individual capacity;**
**DESHUN WILLIAMSON;**
**LATESHA ADAMS; BRADLYN**
**CURRUTH; and JOHN DOE**
**DEPUTY, in his individual capacity** **DEFENDANTS**

**JUDGMENT**

Parker's complaint is dismissed without prejudice. The Court retains jurisdiction until 13 November 2026 to enforce the settlement.

D.P. Marshall Jr.
United States District Judge

14 October 2026